**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**REGIONS BANK**                                                         **PLAINTIFF**

**V.**                                                    **NO. 3:23-CV-258-DMB-RP**

**JUSTIN CHILDRESS**                                              **DEFENDANT**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 18th day of July, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**