IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

REGIONS BANK          PLAINTIFF/
         COUNTER-DEFENDANT

V.          NO: 3:23-CV-258

JUSTIN CHILDRESS          DEFENDANT/
         COUNTER-PLAINTIFF

### ORDER

In October 2023, Plaintiff/Counter-defendant Regions Bank moved to dismiss Defendant/Counter-plaintiff Childress's counterclaims. [17]. The following month, Mr. Childress sought leave to file amended counterclaims. [39]. Regions Bank did not oppose the motion, and the motion was granted. [42] In December 2023, Defendant Childress filed Amended and Superseding Counterclaims. [44] The Amended and Superseding Counterclaims render moot the earlier-filed motion to dismiss counter-claims [17].

**ACCORDINGLY, IT IS ORDERED**:

Plaintiff/Counter-defendant Region Bank's Motion to Dismiss Counter-Claims [17] is **DISMISSED AS MOOT**.

**SO ORDERED AND ADJUDGED**, this the 4th day of April, 2024.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**